7/28/06
motion gtd.
w/memo

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL NO. 5, | ) ) ) ) | CASE NO. 1:06CV0541 |
| Plaintiff, | ) ) | JUDGE NUGENT |
| v. | ) ) | |
| MARTINA MARBLE COMPANY, | ) ) ) | MOTION FOR DEFAULT JUDGMENT |
| Defendant. | ) ) | |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff Bricklayers and Allied Craftworkers, Local No. 5, moves this Honorable Court for a default judgment in the above-captioned case. On or about March 10, 2006, Defendant Martina Marble Company was served with a copy of the summons and complaint in this matter. Defendant Martina Marble Company has neither answered nor otherwise defended this action. Pursuant to Rule 55(a), a default was entered against Defendant on June 15, 2006 on Plaintiff's earlier motion. An accompanying memorandum supports this motion.